# ORIGINAL

U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILED

FEB 28 2006

CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY



1   David R. Grundy, Esq., NSB #864
    Tiffinay Barker Pagni, NSB# 6213
2   LEMONS, GRUNDY & EISENBERG
    6005 Plumas Street, Suite 300
3   Reno, Nevada 89509

4   *Attorneys for Plaintiff*

5               UNITED STATES DISTRICT COURT

6                       DISTRICT OF NEVADA

7

8   HARVEYS TAHOE MANAGEMENT
    COMPANY, INC. doing business as
    HARRAH'S CASINO HOTEL LAKE
9   TAHOE,                                Case No. CV-N-05-0149-HDM (RAM)

10              Plaintiff,

11      vs.

12  SHIBLEY HORANEY also known as
    SHIBLEY HARRY HORANEY also known
13  as SHIVLEY H. HORANEY also known
    as SAM HORANEY also known as S.H.
14  HORANEY, individually, and DOES 1
    through 10, inclusive,
15
                Defendants.
16

17        **MOTION TO MODIFY DISCOVERY PLAN AND SCHEDULING ORDER**
                            **(First Request)**
18

19          Plaintiff HARVEYS TAHOE MANAGEMENT COMPANY, INC., doing business as

20  HARRAH'S CASINO HOTEL LAKE TAHOE, by and through counsel, hereby moves to

21  amend the Discovery Plan and Scheduling Order filed on September 8, 2005. In support

22  of this motion for modification of the Discovery Plan and Scheduling Order, it is submitted

23  that good cause exists to reopen and extend the discovery deadline because it recently

24  became clear that informal resolution of this case is unlikely, discovery remains to be

25  completed, and plaintiff intends to file a dispositive motion which may negate the necessity

26  of trial in this matter.

27          As the court is aware, shortly after the filing of the Stipulated Discovery Plan, the

28  parties been discussing informal resolution of this case. Accordingly, aside from the

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 98509-6069
(775) 786-6868

required initial disclosures, the parties did not engage in formal discovery pending resolution of those discussions. Settlement communications between the parties have stalled. Discovery that remains to be completed includes written discovery, the deposition of the plaintiff and the depositions of representatives of Harrah's. Accordingly, an extension of 120 days from the currently scheduled dates is sought by plaintiff's counsel.[1]

Accordingly, plaintiff submits the following proposed modification of the Discovery Plan and Scheduling Order:

(1)     Discovery will be completed on or before May 5, 2006.

(2)     The deadline for disclosing experts will be March 6, 2006, and the deadline for disclosing rebuttal experts will be April 3, 2006.

(3)     Dispositive motions will be filed by June 5, 2006.

(4)     The joint pre-trial order will be filed by July 7, 2006, as the 30th day after the filing of dispositive motions is a Saturday. This deadline will be suspended if a dispositive motion is filed.

Pursuant to LR26-4, the last day to file and serve an application to extend the dates set by this discovery plan shall be no later than April 14, 2006. Motions in limine shall be filed in accordance with LR 16-3(b), unless otherwise ordered by the court.

///

///

///

///

///

---

[1]

The undersigned recognizes that a motion to extend discovery should have been filed on or before February 14, 2006, pursuant to LR 26-4. As the court is aware from plaintiff's interim status report, plaintiff's counsel attempted to obtain a stipulation from defense counsel to extend these deadlines well before the February 14, 2006 deadline. Only recently did counsel realize the stipulation had not been returned and filed. At this time, counsel is attempting, in good faith, to get this case back on track and would request the court exercise its discretion in granting this untimely motion, based upon the circumstances of this case. The undersigned can see no prejudice that would result to defendant in extending these deadlines in that he has not conducted any discovery to date either.

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 98509-6069
(775) 786-6868

-2-

1    The trial in this matter has not been set as of the date of this motion. This is the first

2    request for a modification of the Discovery Plan and Scheduling Order.

3         DATED this  28  day of February, 2006.

4                                        LEMONS, GRUNDY & EISENBERG
                                         Attorneys for Plaintiff

5
                                         By:_____
6                                            David R. Grundy, Esq.
                                             Tiffinay Barker Pagni, Esq.

7

8

9                              **ORDER**

10   **IT IS SO ORDERED.**

11        DATED this __2nd__ day of ____March_____, 2006.

12

13                                       _____
                                         HON. ROBERT A. McQUAID
14                                       UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 98509-6069
(775) 786-5868

-3-

**CERTIFICATE OF MAILING**

Pursuant to FRCP 5(b), I certify that I am an employee of Lemons, Grundy & Eisenberg and that on February 28, 2006, I deposited in the United States Mail, with postage fully prepaid, a true and correct copy of the within **MOTION TO MODIFY DISCOVERY PLAN AND SCHEDULING ORDER (First Request)**, addressed to the following:

Allen Hyman, Esq.
Law Offices of Allen Hyman
10737 Riverside Drive
North Hollywood, CA 91602

Brent A. Carson, Esq.
Winner & Carson, P.C.
510 South Eighth Street
Las Vegas, Nevada 89101

Kathy Cezano

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 98509-6069
(775) 786-6868